ADDIS E. SPURGE, Appellant, *v.* LONG ISLAND RAILROAD COMPANY, Respondent.

Argued April 24, 1941; decided May 22, 1941.

*William J. Beglin* for appellant.

*Ralph E. Hemstreet* and *Louis J. Carruthers* for respondent.

Judgment of the Appellate Division reversed and that of the Trial Term affirmed, with costs in this court and in the Appellate Division on the ground that the jury's finding that plaintiff had exercised due care is not without support in the evidence. No opinion.

Concur: LOUGHRAN, FINCH, RIPPEY and DESMOND, JJ. Dissenting: LEHMAN, Ch. J., LEWIS and CONWAY, JJ.